JS6

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WHITBREAD,<br><br>    Plaintiff,<br><br>v.<br><br>LCR YUCCA VALLEY, INC., a California Corporation d/b/a/ LA CASITA NUEVA RESTAURANT; SSM LLC, an Oregon Corporation; SSM MANAGEMENT, INC. and Oregon Corporation; AVALON PROPERTY SERVICES, INC., an Oregon Corporation; and DOES 1 through 20, Inclusive,<br><br>    Defendants. | CASE NO. 5:18-cv-02172-RSWL-KK<br>Civil Rights<br><br>[PROPOSED ORDER] REGARDING STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE |

Upon mutual agreement of the parties, all claims against Defendants are dismissed with prejudice with each party to bear their own attorneys' fees, costs and litigation expenses.

DATED: 01/06/2020

s/ RONALD S.W. LEW
Honorable Judge Ronald S.W. Lew
U.S. District Court Judge

-- 1 --